☒ FILED    ☐ LODGED

**Dec 03 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# United States Probation and Pretrial Services Office
## Pretrial Services Division
### District of Arizona

U. S. A. vs. Jennifer Bazan Dominguez
Docket No. 2:25-cr-01105-DWL-4
AUSA: Patrick Edward Chapman
Defense Attorney: Jeffrey B. Cloud

<span style="color:red">**T - SEALED**</span>

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JUANETTE DAVID-ATALIG**, PROBATION OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Jennifer Bazan Dominguez</u>, who was released by the Honorable Michael T. Morrissey sitting in the Court at Phoenix, on the 27th day of August, 2025, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1)      **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by the Pretrial Services Division. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On November 11, 2025, the defendant tested presumptive positive for cannabinoids. The laboratory report received on November 24, 2025, confirmed the presence of THC Delta-9.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.

Generated on: 12/02/2025 14:04 — Page 1 of 2

cc: PTS

Page 2
RE:  Jennifer Bazan Dominguez
December 2, 2025

_____
Juanette David-Atalig
U.S. Probation Officer
Pretrial Services Division

December 1, 2025
**Date**

**Reviewed by**

_____
Chris Jantonio
Supervisory U.S. Probation Officer
Pretrial Services Division

December 2, 2025
**Date**

### ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a summons.  Considered and ordered this __2nd _ day of December, 2025, and ordered filed and made a part of the records in the above case.

_____
**The Honorable MICHAEL T. MORRISSEY**
**U.S. Magistrate Judge**